

# Fourth Court of Appeals
## San Antonio, Texas

August 5, 2015

No. 04-14-00886-CV

**CITY OF SAN ANTONIO**, et. al.,
Appellants

v.

**HAYS STREET BRIDGE RESTORATION GROUP**, et. al.,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-19589
Honorable David A. Canales, Judge Presiding

# O R D E R

On February 10, 2015, because this appeal was being referred to mediation, we suspended the appellate deadlines. After repeated attempts to mediate the dispute, on July 31, 2015, Appellees advised this court that the parties are not progressing to a settlement.

We REINSTATE the appellate deadlines. We ORDER court reporter Luis Duran to file the reporter's record within THIRTY DAYS of the date of this order. Appellant's brief will be due thirty days after the appellate record is complete. *See* TEX. R. APP. P. 38.6(a).

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of August, 2015.

Keith E. Hottle
Clerk of Court